# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **Brandon Callier** | § | |
| Plaintiff, | § § § § § § | |
| | § | CA 3:22-cv-00049-DB |
| v. | § § § | |
| **Caliber Home Loans, Inc.** | § § | |
| Defendant | § § | |

## Notice of Settlement

Plaintiff gives notice that the parties have settled the case. The parties request 45 days to complete paperwork and the settlement conditions after which an Agreed Stipulation of Dismissal will be filed.

Respectfully submitted:

By:    */s/ Chris R. Miltenberger*
         Chris R. Miltenberger
         Texas State Bar Number 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200

Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorneys for Plaintiff

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: _/s/ Chris R. Miltenberger_
Chris R. Miltenberger