IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | EP-22-CV-49-DB |

### ORDER

On this day, the Court considered Plaintiff Brandon Callier and Defendant Caliber Home Loans, Inc.'s "Joint Stipulation of Dismissal." ECF No. 39. Therein, the parties inform the Court that they "stipulate to the dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter with prejudice." *Id.*

The Court will construe the Parties' Stipulation as a request that this Court enter an order of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After due consideration, the Court is of the opinion that the following orders should enter.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party bear its own costs and attorneys' fees.

SIGNED this 16th day of **November 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE